

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2007-02
JULY 22, 2008 SESSION

```
FILED
JUL 2 3 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
```

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:08-cr-00157
     18 U.S.C. § 922(g)(1)
     18 U.S.C. § 924(a)(2)

**IVAN H. LEE**

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

1. On or about August 12, 2004, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant, IVAN H. LEE did knowingly possess a firearm, that is, a Lorcin Model L380 .380 semi-automatic pistol, in and affecting interstate commerce.

2. At the time defendant, IVAN H. LEE possessed the aforesaid firearm, he had been convicted of the following crimes, each of which was a crime punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20):

> a. On or about September 21, 1992, in the United States District Court for the Southern District of West Virginia, of distribution of cocaine base, in violation of 21 U.S.C. § 841(a)(1); and,

> b. On or about September 21, 1992, in the United States District Court for the Southern District of West Virginia, of conspiracy to violate the federal gun laws, in violation of 18 U.S.C. § 371.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                                       CHARLES T. MILLER  
                                       United States Attorney

By: _____  
        SAMUEL D. MARSH  
        Assistant United States Attorney